JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA LEHN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>          vs.<br><br>MULTI-FINELINE ELECTRONIX, INC., PHILIPPE LEMAITRE, REZA MESHGIN, LINDA Y.C. LIM, PH.D., JAMES M. MCCLUNEY, DONALD K. SCHWANZ, ROY CHEE KEONG TAN, SAM YAU, SUZHOU DONGSHAN PRECISION MANUFACTURING CO., LTD., and DRAGON ELECTRONIX MERGER SUB INC,<br><br>                Defendants. | Case No. 8:16-CV-00805-CJC-DFM<br><br>**ORDER TO STAY PROCEEDINGS** |

1
2
3
4
5
6
7
8

Having reviewed the Memorandum of Understanding between the parties and the stipulation of the parties, subject to Court approval, to stay Defendants' response to Plaintiff's complaint and all further proceedings in this action, except for proceedings related to the appointment of lead plaintiff in accordance with 15 U.S.C. § 78u-4(B) and settlement-related proceedings before the Court, and for good cause appearing therefor,

9
10
11
12
13
14
15
16

IT IS HEREBY ORDERED THAT Defendants' response to Plaintiff's complaint and all further proceedings in this action, except for proceedings related to the appointment of lead plaintiff in accordance with 15 U.S.C. § 78u-4(B) and settlement-related proceedings in the Court, are stayed pending final approval of the parties' settlement, after which, upon final approval by the Court and pursuant a judgment and final order of the Court, this action shall be dismissed with prejudice.

17

IT IS SO ORDERED.

18
19
20

Dated: June 22, 2016          _____
                              Hon. Cormac J. Carney

21
22
23
24
25
26
27
28

ORDER TO STAY PROCEEDINGS