JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LEHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MULTI-FINELINE ELECTRONIX, INC., PHILIPPE LEMAITRE, REZA MESHGIN, LINDA Y.C. LIM, PH.D., JAMES M. MCCLUNEY, DONALD K. SCWANZ, ROY CHEE KEONG TAN, SAM YAU, SUZHOU DONGSHAN PRECISION MANUFACTURING CO., LTD., and DRAGON ELECTRONIX MERGER SUB INC.,<br><br>Defendants. | No. 8:16-cv-00805-CJC-DFM<br><br>**ORDER DISMISSING ACTION AS MOOT AND FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hon. Cormac J. Carney<br><br>Courtroom: 9B - Reagan |

Based upon the parties Stipulation, and good cause found, the Court Orders:

1. The Action is dismissed pursuant to Federal Rule of Civil Procedure 41(a), and all claims asserted therein are dismissed with prejudice only as to Plaintiff and Stockholder Stein, each individually, and without prejudice as to any actual or potential claims of any other putative class member.

2. Following the entry of this Order, Plaintiff's counsel shall publish notice substantially in the form attached to the Stipulation as Exhibit A (the "Notice") in PR Newswire, explaining that MFLEX or its successors have agreed to pay Plaintiff's counsel a total of $150,000 in full satisfaction of Plaintiff's counsels' fees and expenses in the Action. Such publication shall constitute adequate notice to the stockholders of MFLEX for purposes of Federal Rule of Civil Procedure 23(e).

3. Plaintiff's counsel shall file with the Court an affidavit that Notice has been made (the "Affidavit") in accordance with paragraph 2 above no later than three (3) business days after the Notice is published.

4. Upon the filing of the Affidavit,
   a. The Court will no longer retain jurisdiction over the Action;
   b. Under Federal Rule of Civil Procedure 54, the dismissal will be final;
   c. The Action will be closed for all purposes; and
   d. MFLEX or its successors shall pay Plaintiff's counsel a total amount of $150,000, in full satisfaction of Plaintiff's counsels' fees and expenses in the Action, within ten (10) days of the date of the filing of the Affidavit to an account designated by Plaintiff's counsel.

**IT IS SO ORDERED** this 17th day of November, 2016.

_____
The Honorable Cormac J. Carney
United States District Court Judge
Central District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28